THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PEGGY BRICE, Appellant. [733 NYS2d 660] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Erie County Court, Drury, J.—Welfare Fraud, 3rd Degree.) Present—Pigott, Jr., P. J., Hayes, Wisner, Kehoe and Burns, JJ.

 mously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Monroe County Court, Bristol, J.—Violation of Probation.) Present—Pigott, Jr., P. J., Hayes, Wisner, Kehoe and Burns, JJ.